# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| DARNELL J. PERKINS, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 14-00077-WS-N |
| LEEPOSEY DANIELS, | ) |
| Respondent. | ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated July 31, 2014 is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this the 29th day of August, 2014.

s/WILLIAM H. STEELE
**CHIEF UNITED STATES DISTRICT JUDGE**